IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR17** |
| v. | |
| VALLENE MARIE BELL, | **ORDER** |
| Defendants. | |

This matter is before the Court on defendant's Motion to Continue Trial (Filing No. 115). Counsel needs additional time to receive the plea paperwork back from the defendant. For good cause shown,

IT IS ORDERED that the Motion to Continue Trial (Filing No. 115) is granted as follows:

1.    The jury trial now set for February 17, 2026, is continued to **March 23, 2026.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 23, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.    No further continuances will be granted barring exceptional circumstances.

Dated this 10th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge