IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EMERSON REYES-ANDRADE,
MICHELLE RENEE HORTON,
VALLENE MARIE BELL, JUSTINO
ANGEL MARTINEZ, CARLOS U.
SANDOVAL-PORTILLO,

Defendants.

**8:25CR17**

**FINAL ORDER
OF FORFEITURE**

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 178). The Court has carefully reviewed the record in this case and finds as follows:

1. On December 17, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 99) forfeiting defendant Carlos U. Sandoval-Portillo's interest in $7,740 in United States currency seized from the Omaha residence of Emerson Reyes-Andrade, and $8,670 in United States currency seized from the Omaha residence of Justino Angel Martinez (hereinafter "Subject Property").

2. On February 2, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 111) forfeiting defendant Justino Angel Martinez's interest in the Subject Property.

3. On March 9, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 129) forfeiting defendant Michelle Renee Horton's interest in the Subject Property.

4. On March 9, 2026, the Court entered a Preliminary Order of Forfeiture

(Filing No. 130) forfeiting defendant Emerson Reyes-Andrade's interest in the Subject Property.

5.      On April 14, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 166) forfeiting defendant Vallene Marie Bell's interest in the Subject Property.

6.      A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 20, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 177) was filed on April 29, 2026.

7.      The government has advised the Court that no Petitions have been filed.   A review of the record supports that assertion.

8.      The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.      The government's Motion for Final Order of Forfeiture (Filing No. 178) is granted.

2.      All right, title and interest in and to the Subject Property, held by any person or entity are forever barred and foreclosed.

3.      The Subject Property is forfeited to the government.

4.      The government is directed to dispose of the Subject Property in accordance with law.

Dated this 13th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge